# UNITED STATES DISTRICT COURT

for the

__18th__ District of __TN__

__Middle__ Division

RECEIVED

JAN 0 2 2024

U.S. District Court
. Middle District of TN

|  |  |
|---|---|
| __Caleb Carter__ | ) |
| _Plaintiff(s)_ | ) |
| _(Write the full name of each plaintiff who is filing this complaint._ | ) |
| _If the names of all the plaintiffs cannot fit in the space above,_ | ) |
| _please write "see attached" in the space and attach an additional_ | ) |
| _page with the full list of names.)_ | ) |
| -v- | ) |
|  | ) |
|  | ) |
| __Sumner County__ | ) |
| _Defendant(s)_ | ) |
| _(Write the full name of each defendant who is being sued. If the_ | ) |
| _names of all the defendants cannot fit in the space above, please_ | ) |
| _write "see attached" in the space and attach an additional page_ | ) |
| _with the full list of names. Do not include addresses here.)_ | ) |

Case No. _____

_(to be filled in by the Clerk's Office)_

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should _not_ contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include _only_: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name     *Caleb Carter*

All other names by which you have been known:

ID Number     #73067

Current Institution     117 West Smith St.

Address

| | | |
|---|---|---|
| Gallatin | TN | 37066 |
| *City* | *State* | *Zip Code* |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name     Sumner County Jail

Job or Title *(if known)*

Shield Number

Employer     Sumner County

Address     117 West Smith St.

| | | |
|---|---|---|
| Gallatin | TN | 37066 |
| *City* | *State* | *Zip Code* |

☒ Individual capacity     ☒ Official capacity

Defendant No. 2

Name

Job or Title *(if known)*

Shield Number

Employer

Address

| | | |
|---|---|---|
| | | |
| *City* | *State* | *Zip Code* |

☐ Individual capacity     ☐ Official capacity

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

|  | *City* | *State* | *Zip Code* |
|---|---|---|---|

☐ Individual capacity    ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971),* you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☒ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

_Civil Rights_

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

 D  Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

See enclosed exibit

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☐ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☒ Other *(explain)*  County inmate

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. If the events giving rise to your claim arose outside an institution, describe where and when they arose.

 B.  If the events giving rise to your claim arose in an institution, describe where and when they arose.

See enclosed exibit

C.     What date and approximate time did the events giving rise to your claim(s) occur?

October 25 2023 — Present



D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See enclosed exibit



**V.**   **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

See enclosed exibit



**VI.**   **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

250,000.00 and change conditions of the jail.

See enclosed exibit

Page 5 of 11

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☒ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Sumner County

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☒ Yes

☐ No

☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☒ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

Violation of civil Rights

D.   Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☑ No

E.   If you did file a grievance:

1.   Where did you file the grievance?

Sumner County

2.   What did you claim in your grievance?

Violating my civil rights

3.   What was the result, if any?

Disregaurded Completely

4.   What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

Some issues are ongoing

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

<u>I Did file a greivance</u>

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

<u>Sgt. Denny, Cpt. Maynard, Jail Admin Jerry Scott</u>



G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

<u>See enclosed exibit</u>

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.   Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.  If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.  Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.  Docket or index number

_____

4.  Name of Judge assigned to your case

_____

5.  Approximate date of filing lawsuit

_____

6.  Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition. _____

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐ Yes

☒ No

D.   If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s) _____

Defendant(s) _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

_____

3.   Docket or index number

_____

4.   Name of Judge assigned to your case

_____

5.   Approximate date of filing lawsuit

_____

6.   Is the case still pending?

☐ Yes

☐ No

If no, give the approximate date of disposition _____

7.   What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____

## IX.  Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:  12-18-23

Signature of Plaintiff  *ZHOKHAR*

Printed Name of Plaintiff  Caleb Carter

Prison Identification #  73067

Prison Address  117 West Smith St.

Gallatin | TN | 37066

| | City | State | Zip Code |

### B.  For Attorneys

Date of signing: _____

Signature of Attorney  _____

Printed Name of Attorney  _____

Bar Number  _____

Name of Law Firm  _____

Address  _____

| | City | State | Zip Code |

Telephone Number  _____

E-mail Address  _____

RECEIVED

JAN 0 2 2024

U.S. District Court
Middle District of TN

Page 5-V — Page 5-VI - Page 8-G

Subject to unusual punishment,
legal mail in a timely manner
no books or library
no shirts or boxers at intake forcing us to be
exposed in a cell with other men not knowing what the
are charged with possibly making unwelcome advances, with
nothing to change into when your supposed to even send
stripes out.

Poor or no access to proper medical attention or ~~treatment~~
Due to no Doctor or one that very rarely appears.
~~Psychitat~~ psychiatry nurse list can be months long, Forcing
some inmates into isolation and even harming themselves.

No Fruit in our daily diets.

Not given nail clippers on a regular basis causing poor
hygiene.

Wrong meds sometimes being given out to inmates and at
times medications given out by the C.O.s that are not
license Professionals.

Being in Quarintine there is no rockman to clean the
pod or showers. The Trustees are supposed to, but dont
causing unsanitary living conditions.

Dec 18 2023 I was accidentally let out of medical isolation
cell. I have Ptsd dingonsed and DiD, I was assaulted by
another inmate. ~~I was forced to defend myself~~ Veinsbly
physical injuries black eyes, swollen jaw, and neck, ear Bleeding
from forehead, was never Taken re ve seen by doctor, the nurse
never

Page 4. / Page 5-D
D)



Page 4
    B) The event arose in The Sumner County Jail in
Sumner County. No shirts or boxers given to us a intake.
The do offer imates what apears to be fishnet paper
pantys which is unusual punishment, forcing imates to
be exposed in the cell with two other men not knowing
what they've been charged with possibly unwelcome advances.
• Very poor access or no access to proper medical
treatment due to improperly certified staff, so no
doctor that come regularly. Psych doctor list can be
months long causing inmates to have to deal with
isolation without help.
 • No fruit in our daily diets.
 • No nail clippers given out on a Regylur basis causing
pour hygene.
 wrong fee, or imformation given to imates and then given
out by CO,S who are not licence professionals.

Caleb Carter
117 W. Smith St.
Gallatin Tn. 37066

RECEIVED

JAN 02 2024

U.S. District Court
Middle District of TN

NASHVILLE TN 370
26 DEC 2023 PM 2 L

37203-705525

Clerk U.S. Distric Court
719 Church St. Suite 1300
Nashville, Tn, 37203



LEGAL

Mail sent from SUMNER COUNTY JAIL is not inspected or censored. We are not responsible for contents of this letter